IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.                                                ) | CRIMINAL NO. 25-CR-30065-DWD |
| ) | |
| BRANDON D. DAVIS,                       ) | |
| ) | |
| Defendant.   ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On August 25, 2025, this Court entered order of forfeiture (Doc.29) against defendant Brandon D. Davis, for the following property which had been seized from the defendant:

**A Glock, .40 caliber pistol, bearing serial number BUHP712, and any and all ammunition and magazines seized therewith.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 28, 2025, and ending September 26, 2025, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that no third-party petitions were filed in an ancillary proceeding (claim) and that the United States of America has clear title to the above-described property that is the subject of the order of

1

forfeiture (Doc.29) filed on August 25, 2025, namely:

> **A Glock, .40 caliber pistol, bearing serial number BUHP712, and any and all ammunition and magazines seized therewith.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: January 28, 2026**

_s/David W. Dugan_
**DAVID W. DUGAN**
**United States District Court Judge**
